

**NUMBER 13-13-00555-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**RODNEY SANCHEZ,** **Appellant,**

**v.**

**TED EDWARDS,** **Appellee.**

**On appeal from the County Court at Law No. 3
of Nueces County, Texas.**

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Benavides and Longoria
Memorandum Opinion Per Curiam**

Appellant, Rodney Sanchez, perfected an appeal from a judgment rendered against him in favor of appellee, Ted Edwards. On January 7, 2014, the Clerk of this Court notified appellant that the clerk's record in the above cause was originally due on January 6, 2014, and that the deputy district clerk, Tiffany Garza, had notified this Court

that appellant failed to make arrangements for payment of the clerk's record. The Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.3, 42.3(b),(c). Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of prosecution.

Appellant has failed to respond to this Court's notice. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 42.3(b), (c).

PER CURIAM

Delivered and filed the
20th day of February, 2014.